IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO BAEZ, *Plaintiff,* v. ANTHONY LETIZIO, et al., *Defendants.* | CIVIL ACTION NO. 23-1827 |

## ORDER

**AND NOW**, this 11th day of January 2024, upon consideration of Letizio and Kaminsky's Motion to Dismiss, (ECF 5), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.