IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Orlando Baez,
Plaintiff,

Vs.

Anthony M. Letizio, MD; Medical Director;
Stephen Kaminsky, PA; Physician Assistant;
Brittney Huner, CHCA; Correctional Health
Care Administrator;
Monica Savage, RNS; Register Nurse Supervisor; Jane & John Doe(s) et al.;
Sued In Their Individual
and Official Capacities,
In Similar Situation.
Defendants.

Case No#. 2023-1827

**CIVIL ACTION**

**Honorable Judge:**
**Gerald J. Pappert (J)**

JURY TRIAL DEMANDED

**RE: COVER LETTER**

Dear: Clerk of The Court,

I, Mr. Orlando Baez, (#ID CB-3721), the Plaintiff/Pro se', in the above captioned matter 2023-1827, **Baez Vs. Dr. Letizio, MD; et al,.**

Have enclosed the "PLAINTIFF"S FIRST AMENDED COMPLAINT", to the above legal matters, against the Defendant(s), et al., Please be graciously kind to docket and process Plaintiff's First Amended Complaint".

I am also respectfully requesting of this Office, for a "RETURN COPY WITH THE COURT'S CONFIRMATION, DATE, TIME OF RECEIPT AND DOCKETED PLEASE", for the Plaintiff's personal files/records, etc. Thank You so much and God Bless...
cc

Date: 2/28/24

Cordially;

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Orlando Baez,
Plaintiff,
Vs.

Anthony M. Letizio, MD: Medical Director;
Stephen Kaminsky, PA: Physician Assistant;
Brittney Huner, CHCA: Correctional Health
Care Administrator;
Monica Savage, RNS: Register Nurse Super
-visor; Jane & John Doe(s), et al.;
Sued In Their Individual And
Official Capacities, In Similar Situation.
Defendants,

Case No# 23-1827

CIVIL ACTION

JURY TRIAL DEMANDED

Honorable Judge:
Gerald J. Pappert

## FIRST AMENDED COMPLAINT

This is a §1983 **Civil Action**, filed by Plaintiff, Orlando Baez, a state prisoner, for damages and injunctive relief, alleging **Retaliation and Deliberate Indifference**, secured under the First, Eighth, Fourteenth Amendment Rights to the United States Constitution.

## Jurisdiction and Venue

1. Jurisdiction is invested In The United States District Court For The Eastern District of Pennsylvania, pursuant to 28 U.S.C. §§1331 and Venue is established pursuant to 42 Pa. C.S.A. §1343(a)(3), of the Pennsylvania Rules of Civil Procedure. Therefore, the jurisdiction and venue is within the United States District Court For The Eastern District of Pennsylvania, (PA) is appropriate for it is where the events giving rise to the claims occurred.

## Parties

2. **PLAINTIFF:** Orlando Baez,. (Plaintiff Hereafter), is and was at all times mentioned herein a prisoner of the State of Pennsylvania, in the care, custody and control, of the Pennsylvania Department of Corrections. Plaintiff, is currently confined in Pennsylvania State Prison at SCI Phoenix.

3. Plaintiff Baez, has a mailing address of, Orlando Baez, (ID# CB-3721), SCI Phoenix Prison, 1200 Mokychic Drive., Collegeville, PA. 19426.

4. **DEFENDANT:** Anthony M. Letizio, MD: (Defendant Letizio Hereafter), is a licensed professional and is practicing in the speciality of a Medical Doctor, and is acting as the Medical Director, at SCI Phoenix Prison.

5. Defendant Letizio, maintains a practicing address of 1200 Mokychic Drive., Collegeville, (Montgomery County), Pennsylvania 19426.

6. **DEFENDANT:** Stephen Kaminsky, (Defendant Kaminsky Hereafter), is a licensed professional practicing in the speciality of Physician Assistant, at SCI Phoenix Prison.

7. Defendant Kaminsky, maintains a practicing address of, 1200 Mokychic Drive., Collegeville (Montgomery County), Pennsylvania 19426, at SCI Phoenix Prison.

8. **DEFENDANT:** Brittney Huner, (Defendant Huner Hereafter), is a licensed professional and is also practicing in the speciality of the ("Correctional Health Care Administrator"), and is acting as the ("C.H.C.A."), and ("Grievance Officer"), at SCI Phoenix Prison.

9. Defendant Huner, maintains a practicing address of, 1200 Mokychic Drive., Collegeville, (Montgomery County), Pennsylvania 19426.

10. **DEFENDANT:** Monica Savage, (Defendant Savage Hereafter), is a licensed professional practicing in the speciality of ("Register Nurse Supervisor"), and as an ("Grievance Officer"), at SCI Phoenix Prison.

11.) Defendant Savage, maintains a practicing address of 1200 Mokychic Drive., Collegeville, (Montgomery County), Pennsylvania 19426.

12. **EACH DEFENDANT:** is being sued individually and in his/her official capacities. At all times mentioned in this Complaint, each Defendant acted under the color of state law.

13. **EACH DEFENDANT:** is being sued for "Retaliation and Deliberate Indifference", for the denial of medical care.

## Facts

14. Plaintiff Baez, has been diagnosed by the D.O.C.'s Specialist(s), with; Systemic Lupus Erythematous; Spinal Stenosis; Osteoporosis of The Cervical Spine; Rheumatoid Arthritis; Fibromyaglia; Myositis; Degenerative Bone Disease; C.O.P.D.; Subcutaneous Skin Lupus Outbreaks; S'Jorgens Syndrome; Restless Leg Syndrome; Multiple Lung Cysts And Mass; Serious Glaucoma, Vision Deterioration, Chronic Dry Eyes, Blurriness, Double Vision, Black Outs, Hazziness, Cataract, Mac-Tech-Type-Two Rare Eye Disease, Severe Vision Complications, Photophobia, Photo Sensitivity; Severe Chronic Dry Mouth/Throat; Prostate Complications; Serious Legs, Knees, Ankles, Feets Inflammations, Swelling; Serious Nerve Damage, Numbness, Tingling, Burning, Stiffness, Soreness, Aching Chronic Pain; Severe Chronic Back, Hips, Groin And Walking Complications; Severe Internal Chronic Inner Ear Pain, Ringing, Throbbing, Infections, Hearing Loss, Affecting Ability To Communicate And Sleeping; Serious Internal Chronic Right Rib Cage Pain, Due To Two Fractured Ribs That Did Not Healed Properly, Due To Lack Of Effective Medical Care; Excruciating Chronic "Lock-Jaw-Syndrome", Also Known As (T.M.J.), Which Seriously Affects & Exacerbates Ability To Hear And Eat Effectively; Insomnia; Among Other Serious Chronic Symptom(s).

15. Plaintiff Baez, also depends on a "wheelchair And A Wheelchair Pusher", to take him to and from where Plaintiff Baez, needs to be.

16. On December 6, 2021, at around 1:35pm, Plaintiff Baez, notified Sgt. Pluhar, that; "No one showed up to conduct sick call consult".

17. On December 6, 2021, at or around 4:20pm. Plaintiff Baez, was notified that the sick call Doctors are here and wanted to see Plaintiff Baez, in the triage room.

18. Defendant Letizio and Kaminsky, began to provoke Plaintiff Baez by stating: "Your medical illnesses and symptoms are not Chronic issues. You (Baez) are just a complainer, who enjoys filing grievances against medical, and if you like to file a grievance against us, we do not care".

19. Defendant Letizio also stated: "You no longer will receive medical care for your ongoing complaints, the medications you receive now is it. You will no longer receive anything else, there is nothing else we will do for you or can do for you.

20. Defendant Letizio and Kaminsky, made it clear to Plaintiff Baez, when they stated; "Your Systemic Lupus Erythematous, Subcutaneous Skin Lupus Outbreaks, C.O.P.D., Degenerative Bone Disease, and all your other over lapping symptoms from which you suffer, are not Chronic Illnesses.

21. On December 8, 2021, Plaintiff Baez, filed a grievance about the above incident.

22. On December 16, 2021, Plaintiff Baez, was forced to be "Transported" to Temple Hospital Lupus Center, in a (Mini Van) instead of a (Wheelchair Van), as prescribed in Plaintiff Baez's medical file.

23. Upon Plaintiff Baez exiting the mini-van, Plaintiff Baez twisted "his knee" and "reported" the incident immediately.

24. On December 28, 2021, at around 1:00pm. The Unit Manager Mrs. Rupter, ordered Plaintiff Baez, to "gather all his special medical items", so he may take them to medical.

25. At the infirmary, the male Nurse (Roc), informed Plaintiff Baez, that he was ordered to confiscate all Plaintiff Baez's special medical items.

26. Nurse Roc, stated: "That it was Defendant Letizio, who had ordered the confiscation of all Plaintiff Baez's special medical items".

27. Few minutes later, Defendant Letizio, entered the infirmary very up-set and hostile towards Plaintiff Baez, for complaining about Defendants Letizio and Kaminsky, and Plaintiff Baez's grievances.

28. Defendant Letizio, then stated: "That (He) will personally contact the Rheumatologist(s) at Temple Lupus Center, and order them to only evaluate (Baez) for his Lupus and nothing else".

29. Defendant Letizio, then stated: "That (He) will personally take over all of

Plaintiff Baez's medical complaints, and what ever I (Letizio) say-goes, whether You (Baez) like it or not, that's final".

30. On January 4, 2022, Plaintiff Baez, was escorted to intake to be transported to Temple Hospital, for an Audiology Consultation.

31. Staffs refused to put Plaintiff Baez, in a wheelchair van.

32. Plaintiff Baez, was then taken to the medical triage and spoke with Nurse (Ed).

33. Nurse Ed, told Plaintiff Baez, that; "Defendant Letizio stripped Plaintiff Baez of his wheelchair van order, on December 28, 2021, along with the other speciality medical items".

34. On January 12, 2022, Plaintiff Baez, filed a grievance against Defendants Letizio and Kaminsky.

35. On January 28, 2022, Defendant Kaminsky, called Plaintiff Baez to the medical triage. Where Plaintiff Baez, stated to Defendant Kaminsky, what Nurse Ed told him (Baez), about the wheelchair van order, was stripped away.

36. Defendant Kaminsky, then checked Plaintiff Baez's medical file and stated: "That Plaintiff Baez's medical file states that, Plaintiff Baez is to be transported in a wheelchair van only".

37. On or about February 4, 2022, Plaintiff Baez, was called to get his new glasses.

38. The glasses were not the correct prescription again.

39. On or about February 15, 2022, Plaintiff Baez, had taken a very hard fall, when he loss his balance, trying to get up from his chair.

40. Plaintiff Baez, requested to have his speciality medical items back.

41. On or about February 28, 2022, Plaintiff Baez, experienced another hard fall in his cell.

42. This is the second time Plaintiff Baez, has had a serious fall with serious injuries to himself, because of the confiscation of Plaintiff Baez's speciality medical items.

43. On or about March 1, 2022, Plaintiff Baez, was seen by PA. Norma and Plaintiff Baez, reported his injuries and asked for his speciality medical items to be given back to him.

44. On or about March 18, 2022, Plaintiff Baez, sent a request slip to Defendant Letizio, and RN George, requesting about his new glasses.

45. On or about March 21, 2022, Plaintiff Baez, was **told** by Mr. Angell, who is Plaintiff Baez's Criminal Attorney. That Plaintiff Baez, was **scheduled** for a (90-day) follow-up appointment, with the Rheumatologist Specialist(s) at Temple Hospital Lupus Center, for January 19, 2022.

46. Plaintiff Baez, was **never told** or **taken** to his appointment, Plaintiff Baez, filed a grievance to find out, why Plaintiff was not **told** or **taken** to his appointment.

47. On or about March 22, 2022, Plaintiff Baez, **talked** with Defendant Letizio, about his new glasses, and asked for his speciality medical items back.

48. On or about March 30, 2022, Plaintiff Baez **saw** Defendant Kaminsky, and tried to address all his Chronic Medical problems and **asked** for his medical items back.

49. Defendant Kaminsky, **refused** to do anything about Plaintiff Baez's Chronic Medical problems, and would **not** return Plaintiff Baez's medical items.

50. On or about April 3, 2022, Plaintiff Baez, fell for the **third** time, due to **not** having his knee brace and knee sleeve. Because, Defendants Letizio and Kaminsky, had taken them from Plaintiff Baez.

51. On or about April 8, 2022, Plaintiff Baez, fell for the **fourth** time, again injuring himself, because Defendants Letizio and Kaminsky **refuse to return** Plaintiff Baez's medical items back.

52. On or about April 11, 2022, PA. Akenten, handed Plaintiff Baez's his knee brace and knee sleeve back, and was **not** provided treatment for his injuries.

53. On or about April 12, 2022, Plaintiff Baez, **saw** Defendant Kaminmsky, where Plaintiff Baez, **asked** about his follow-up lupus appointment, with the Rheumatologist(s) at Temple Hospital Lupus Center, which Defendant Kaminsky stated that: "Defendant Letizio, approved Plaintiff Baez for an appointment, with the Rheumatologist".

54. On or about April 22, 2022, Plaintiff Baez, was **told** by CO1. Gosner, that his eye glasses are ready for pick-up.

55. When Plaintiff Baez, picked-up his eye glasses, again they were the **wrong prescription** again.

56. On or about April 22, 2022, Plaintiff Baez, **sent** a request slip, regarding his eye glasses.

57. On or about May 2, 2022, Plaintiff Baez, was **sent** to the Wills Eye Center, and was given eye drops that Plaintiff Baez, could **not** use, because it made Plaintiff Baez's condition worse.

58. On or about May 6, 2022, Plaintiff Baez, was given new eye drops.

59. On or about May 16, 2022, Plaintiff Baez, was **called** to the infirmary and **received** a hearing aid device.

60. The hearing aid caused excruciating **internal** ear pain, to Plaintiff Baez.

61. On or about May 22, 2022, Plaintiff Baez, **sent** another request slip, asking about his new eye glasses.

62. On or about May 30, 2022, Plaintiff Baez, filed a grievance against Defendants Letizio and Kaminsky, for **denying** and **interfering**, with Plaintiff Baez's prescribed medical treatment.

63. On or about June 13, 2022, Plaintiff Baez, was **forced** to submit a request slip, to Mrs. Fernadez, who is P-Block's "**Psychiatric**", for the stress, **depression**, and **chronic pain** caused by the Defendants' Letizio and Kaminsky adverse actions and inactions caused him.

64. On or about June 16, 2022, Plaintiff Baez, submitted a request slip to, Defendant Letizio, asking about his denial of Plaintiff Baez's refresh optive advance eye drops.

65. On or about June 16, 2022, Plaintiff Baez, spoke with Mrs. Fernadez, ("Psychiatric") about Plaintiff Baez's stress, distress, depression, mental state, and chronic conditions, etc.

66. On or about June 17, 2022, Plaintiff Baez, made an "Abuse Against An Inmate By DOC Staffs Hotline Complaint Call".

67. On or about June 17, 2022, Plaintiff Baez, filed a grievance against Defendants Letizio and Kaminsky, for interfering with prescribed medical treatment, by the Rheumatologist(s) Lupus Specialist(s), etc.

68. On or about June 20, 2022, Plaintiff Baez, spoke with Defendant Letizio, and asked about Plaintiff's prescribed/recommended treatment at Temple Hospital Lupus Center.

69. Defendant Letizio, then stated: "Mr. Baez, you did not have a (90 day) follow-up Lupus Appointment for January 19, 2022, or April 2022. Plus, the Rheumatologist Specialist(s) at Temple never requested a follow-up appointment, and Temple never scheduled an appointment for the dates you claim. However; an appointment has been approved by myself, and WellPath, for you to see the Rheumatologist. And you'll be sent soon.

70. On or about June 22, 2022, Plaintiff Baez, sent a request slip to Defendant Letizio, asking about Plaintiff medical treatment at Temple Hospital Lupus Center.

71. On or about July 5, 2022, Plaintiff Baez, filed a grievance on Defendant Letizio, for not answering Plaintiff's request slip, as DOC Policy states must be done.

72. On or about July 7, 2022, Plaintiff Baez, talked to his sister Mrs. Juanita B. Rodriguez, to call Temple Hospital Lupus Center, and ask about Plaintiff Baez's treatment.

73. Mrs. Rodriguez, stated that: "Temple Hospital Lupus Center, has her brother (Orlando Baez), as being a **no-show**, and that, "We (Temple Hospital Lupus Center) **never terminated** Mr. Baez's treatment, and We still have Mr. Baez, as our patient"'.

74. On or about July 14, 2022, Plaintiff Baez, filed a grievance against Defendant Letizio, **removing** Plaintiff from his Medical Allowance Status.

75. On or about July 22, 2022, Plaintiff Baez, sent a request slip to Defendant Letizio, about the medication Prednisone, that was not re-ordered.

76. On or about August 5, 2022, Plaintiff Baez, sent a request slip to Mrs. Huner, (CHCA); **asking** her about his (Baez's) medical treatment at Temple Hospital Lupus Center.

77. On or about August 5, 2022, Plaintiff Baez, submitted a sick call slip, because his medication **never** got renewed.

78. On or about August 8, 2022, Plaintiff Baez, submitted a sick call slip, to have his Medical Allowance Status Re-Instated.

79. On or about August 8, 2022, Plaintiff Baez, went for his pain medication and was **told** by RN Tom and RN George, that Plaintiff Baez cannot get his pain medication, because Defendant Letizio **never renewed them.**

80. On or about August 14, 2022, Plaintiff Baez, submitted **another** sick call slip, to have his Medical Allowance Status Re-Instated.

81. On or about August 15, 2022, Plaintiff Baez, was seen by a Physician PA. **Mitchell** , and had his Medical Allowance Status Re-Instated.

82. On or about March of 2022, Plaintiff Baez, filed a grievance against the Defendants/and Medical Providers, regarding the denial of Plaintiff Baez's Follow-up Lupus Treatment at Temple Hospital scheduled for Jan. of 2022. Defendant Savage, responded stating: "You state you did not know about this appointment and explanation was not provided to you. There was no appointment scheduled for the date you list". ["This is an ongoing contradiction, by the Defendants, to intentionally deprive Mr.

Baez, of his prescribed and recommendations for his serious chronic medical illnesses/treatment, in retaliation for engaging/exercising his Constitutionally Protected Conduct, as a direct result for two pending civil action and multiple grievances"].

83. On or about March 30, 2022, Plaintiff Baez, filed a grievance against Defendants collectively, for conspiring in deliberately denying Plaintiff Baez's follow-up appointment and with malice intent, denied an explanation, why Defendants refused/failed to send Mr. Baez to his prescribed/recommendations at Temple Hospital Lupus Center.

84. On or about June 2022, Defendant Savage, responded stating: "You were not denied an appointment in Jan. of 2022, you **refused** the follow-up visit. Additionally, another rheumatology follow-up visit was ordered and approved by the collegial team, that date not to be disclosed to you. There is no retaliation, deliberate indifference, etc". ["Once again Defendant continue to contradict herself, this is retaliatory, for engaging/exercising his U.S. Constitutionally Protected Conduct, Activities, and for grievances, two pending lawsuits, invoking his First Amendment Right, Freedom of Speech"].

85. On or about July of 2022, in response to an additional grievance regarding, Mr. Baez's follow-up appointment(s), Defendant Savage stated: "There was no appointment scheduled for the date you list". ["Once again, Defendant Savage, continues to contradict herself, as described by the Specialist(s) at Temple Hospital Lupus Center"].

86. On or about July 25, 2022, Defendant Savage, responded to a grievance Mr. Baez filed, against Defendant Letizio, for refusing/failing to respond to a DC-135A Inmate Request Slip To Staff Member. Regarding several questions about Mr. Baez's Lupus Treatment, at Temple Hospital Lupus Center. Defendant Savage stated: "6/24/22 DC-135A Inmate's Request To Staffs Member, Lupus Center was Terminated", received into

medical and logged into the computer by the medical clerk, distributed to the requested staff member Dr. Letizio, as indicted in the computer, however it remains unanswered as of this date". ["Defendants Letizio, Huner, Kaminsky and Savage, remained silence, refusing to provide an answer, as to "why" and "who" ordered the Termination of Mr. Baez's Prescribed and Recommended Follow-up Lupus Treatment at Temple Hospital. This is clearly a **conspiracy** to retaliate against Mr. Baez, for engaging in his Constitutionally Protected Conduct"].

87. On or about July 25, 2022, Defendant Savage, responded to Mr. Baez's grievance, dated July 7, 2022, for the deliberate denial of Mr. Baez's (3rd Follow-up Lupus Appointment), she stated: "Be advised, outside specialist can make recommendations. The collegial team then discusses those recommendations. A rheumatology consult appointment has been approved and scheduled by Dr. Letizio and the collegial team. No deliberate indifference, etc. noted". ["Once again, Defendants and the Collegial Team are **conspiring** by intentionally disregarding undisputed facts, by deliberately refusing to follow or comply with their Outside Specialist(s), contradicts and defeats the purpose of sending Mr. Baez, in the first place."]. Defendant Savage, has nerves to make a bold statement; "there is no deliberate indifference, etc. noted". Deliberate Indifference and Retaliation is established and a valid claim for relief to be granted, under the Constitution, by Mr. Baez.

88. On or about Sept. of 2022, Plaintiff Baez, filed a grievance regarding, the above ongoing malicious matters of deliberate indifference and retaliation, by the Defendants. Conspiring to deliberately denying, delaying, prolonging, and interfering with prescribed and recommendations by the Lupus Specialist(s) Dr. Berney, at Temple Hospital Lupus Center. Who requested for a follow up appointment, scheduled for Jan. 19, 2022.

However; Defendant Savage, continues to participated in a conspiracy to deny and interfere, by deliberately refusing to provide answers/explanation to: a.) why Mr.

Baez was not sent to Temple Hospital Lupus Center, and if Mr. Baez treatment was in fact terminated, and by whom; b.) Defendant Savage responded: "Mr. Baez you stated, "Grieves continued retaliation, deliberate denial of access to his Lupus Treatment at Temple Hospital; c.) Mr. Baez, you have a scheduled up-coming rheumatology consult and an approved (9/9/22) follow-up Ophthalmology Consult"; d.) Grievance and all requested relief are denied. Dated October 7, 2022".

Plaintiff Baez asserts that, Defendant and Co-Conspirators Dr. Letizio, CHCA Huner, PA. Kaminsky failed to send Mr. Baez, to his (9/9/22) Ophthalmology Consult, but close to a year or much later. Including, but not limited to, Defendant Savage evaded the reason & question in the first place. "No one wanted to provide an answer nor explanation why Mr. Baez's Lupus Treatment at Temple was **Terminated**, and **Who terminated Mr. Baez's prescribed treatment plans at Temple"** ?

89. On or about Sept. 7, 2022, Defendant Savage, responded to Mr. Baez grievance: "Mr. Baez you stated; "grieves not receiving response to his DC-135A from Dr. Letizio". Mr. Baez you have an up-coming Rheumatology Appointment ordered by Dr. Letizio. Grievance Upheld in Part - due to your DC-135A delayed response from Dr. Letizio, however no monetary compensation will be granted. Resolution - WellPath Program Manager Ms. Menya and CHCA Huner, has been made aware on your behalf. Grievance Denied in Part - as there was no interference with your ongoing medical care". ["Again Defendant Savage, intentionally disregarded the fact, Mr. Baez, was actually denied, deprived, delayed of his treatment plan at Temple, and **Interfered** for (17½) long excruciating months, this contradicts the Defendants' selfish response"]. Mr. Baez, remind this Honorable Court, that, as of the date of this (FAC), no answers or explanation were provided by any medical providers or any Defendants.

90. On or about March 30, 2022, Plaintiff Baez, filed a grievance, regarding his follow-up appointment scheduled for Jan. 19, 2022, at Temple Hospital Lupus Center. Defendant Huner, (CHCA) responded stating: "Inmate Baez, the rheumatologist you say in November of 2021, did not request to see you again". ["Defendant Huner's (CHCA), response is contradicting, to the facts, evidence, and to their own Specialist(s) Dr. Berney, Dr. Tsoukas, Kyle Williams, Mr. Daniels, at Temple Hospital Lupus Center, Medical Reports Dated Oct. 19, 2021"]. All of the above are adverse actions and retaliatory acts, for engaging in his Constitutionally Protected Conduct, Activities, Rights and Exercising Mr. Baez's First Amendment Right to Freedom of Speech, etc.

91. On or about March of 2022, Plaintiff Baez filed another grievance regarding ongoing matters. Defendant Huner (CHCA),responded stating: "Medical will see you when you place a sick call and you will be evaluated and treated appropriately based on evidence based medicine. It has been explained to you that when you goes out to see a Specialist their plan is only a recommendations, in the final okay will be done by the medical providers here". ["Defendant Huner never provided an answer, 'why' Mr. Baez was not sent to his prescribed/recommended follow-up lupus appointment, and was his treatment Terminated, if yes; why and by whom"?]. This is clearly retaliatory in nature by the Defendants(s).

92. On or about August 5, 2022, Plaintiff Baez, filed another Request Slip To Staff Member, pursuant to DC-135A, to Defendant Huner (CHCA), where Mr. Baez, only "asked" Defendant Huner (1) question regarding his Treatment; "I just want to know why it was terminated" ? (no response was ever received by Huner or anyone else, Defendant Huner (CHCA) refused to comply with their own policies DC-135A Inmate's Request Slip To Staff Member, to provide a response within (5) working days of the date of the request slip.

However; On September 7, 2022, Defendant Savage responded stating: "Mr. Baez you stated; "grieves not receiving response to his DC-135A from Dr. Letizio". Mr. Baez,

you have an up-coming Rheumatology appointment ordered by Dr. Letizio. Grievance Upheld in Part - due to your DC-135A delayed response from Dr. Letizio, however no monetary compensation will be granted. Resolution WellPath Program Manager Ms. Menya and CHCA Huner, has been made aware on your behalf. Grievance Denied in Part - as there was no interference with your ongoing medical care". ["Again, Defendants Savage, Huner, Letizio, Kaminsky, deliberately disregarding the (17½) months denial of Mr. Baez's prescribed and recommended chronic lupus treatment at Temple Hospital. This is an ongoing retaliatory acts, for non-medical reasons, justification or penological interests, to retaliate, prolong Mr. Baez's sufferings"].

93. Defendant Savage, admitted that; "Defendant Huner (CHCA) and WellPath Program Manager Ms. Menya, were all made aware on his (Baez) behalf. Including the denial of Plaintiff's once prescribed & recommendations treatment plans at Temple, refusing to intervene or provide answers to 17½ months of pain, sufferings, injuries, ongoing medial questions regarding his treatment. This is also retaliatory in nature for engaging in his protected conduct.

94. On or about June 24, 2022, Mrs. Juanita Baez Rodriguez, who was acting as Plaintiff's (P.O.A.) contacted Temple Hospital at the request of Mr. Baez her -brother, to inquire regarding his Lupus Treatment. Specifically, Mrs. Rodriguez, inquired regarding whether his (Baez) Lupus Treatment was Terminated, by Temple Health or the Department of Corrections.

95. Mrs. Rodriguez, was then connected by the Operator Temple Health to Mr. Shawn, at (215) 707-4000, who informed Mrs. Rodriguez, that he would call her back once he found out. Mr. Shawn, never contacted Mrs. Rodriguez back. Mrs. Rodriguez, then made a total of (4) four attempts to contact Mr. Shawn. Mrs. Rodriguez was unsuccessful in her efforts.

96. Mrs. Rodriguez, then called Temple Hospital and asked to speak to someone else, regarding Mr. Baez's medical concerns.

97. Mrs. Rodriguez, was then directed to call Mr. Daniels, at (215) 707-4600. Mr.

Daniels, then informed Mrs. Rodriguez, that; "The last time Mr. Baez was seen by Temple Staffs was on October 19, 2021, and he stated, that, Mr. Baez was still on the files and records".

98. On or about August 15, 2022, Mrs. Rodriguez, spoke with a Mr. Kyle Williams, the "Supervisor For The Temple Lupus Center" who stated: "He (Baez) is still a patient there. Temple Lupus Center didn't terminate him as a patient or his care".

99. Mr. Williams also stated: "The Prison is responsible, for making all follow-up appointments, and bring the prisoner to all his appointments and care for treatment".

100. "The Doctor makes the recommendations and the order, that Orlando Baez, was to return within three months from the last visit on October 19, 2021". Mr. Williams, re-affirmed that, Temple Lupus Center has not terminated Mr. Baez's medical treatment.

101. Plaintiff Baez asserts that, "The Supervisor For Temple Lupus Center, Mr. Kyle Williams, Contradicts, all of Mr. Baez's grievance responses by the Defendants. Specifically; Defendant Huner's (CHCA) stated: "INMATE BAEZ, THE RHEUMATOLOGIST YOU SAY IN NOVEMBER OF 2021, DID NOT REQUEST TO SEE YOU AGAIN". [Please take note, that Defendant Huner made a mistake with the month of the last visit, not November of 2021, but October of 2021, is the correct month]. It's clear that all the above Defendants and SCI Phoenix conspired in an ongoing adverse actions, for 17½ months of enduring excruciating chronic agonizing pain and suffering, for non-medical reasons, justification, penological interests, but to inflict unnecessary wanton infliction of pain and sufferings. In violation of Mr. Baez's Untied States Constitutional Rights, where the Defendants were in fact deliberate indifferent and did so in retaliation, for engaging in a constitutionally protected conduct.

COUNT - ONE

RETALIATION

ORLANDO BAEZ Vs. ALL DEFENDANTS

102. Plaintiff, Orlando Baez, incorporates paragraphs (1) through (101) and set forth the same herein at length.

103. As a direct and proximate results of the Defendants' **Retaliatory Conduct**, as set forth elsewhere in this (FAC) First Amended Complaint, Plaintiff has suffered and continues to suffer, the following injuries and some of which are permanent:

I. A permanent fear that the Medical Department, will **continue** to make Plaintiff Baez **wait** for services and treatment when seriously needed in a timely manner;

II. Pain and suffering from Chronic Systemic Lupus Erythematous, which Plaintiff Baez, was deliberately denied in retaliation 17½ months of his prescribed/recommended lupus treatment;

III. Pain and suffering from ongoing S'Jogrens Syndrome, which the Defendants also refused to follow the ongoing recommendations, prescribed by the Specialist(s);

IV. Pain and suffering from his excruciating Spinal Stenosis and Osteoporosis of the Cervical Spine, which the Defendants have refuse to follow the Specialist(s)' recommendations/treatment plans;

V. Pain and suffering from the untreated Degenerative Bone Disease, which the Defendants also have not done treatment;

VI. Pain and suffering from the side effects due to **"Multiple Serious Chronic Illnesses"**, from which the Defendants, have not done treatment;

VII. As a further direct and proximate results the Defendants' **retaliation**, as set forth elsewhere in this (FAC) First Amended Complaint. Plaintiff Baez, has suffered and is **continually** suffering for an indefinite time into the future, because of no treatment for Multiple of Plaintiff's Serious Chronic Medical Illnesses, Diseases, Syndromes, Symptoms, and Ongoing Mental and Emotional Distress/Trauma, as caused by

the Defendants' adverse actions/inactions, omissions, retaliation, and deliberate indifference, to Multiple Chronic Medical Needs;

VIII. The ongoing adverse actions of the Defendants Letizio, Kaminsky, Huner & Savage, **conspired** in the denial of Mr. Baez's prescribed/recommendations and treatment in a **timely** manner, including, the **confiscation** of Mr. Baez's speciality medical items, which was done with **Malice and in a Sadistical Manner to only** **cause harm** to Plaintiff Baez, intentionally.

**COUNT - TWO**

**DELIBERATE INDIFFERENCE**

**ORLANDO BAEZ Vs. ALL DEFENDANTS**

104. Plaintiff Orlando Baez, incorporates paragraphs (1) through (103) and set forth the same herein at length.

105. As a direct and proximate results of the Defendants' **adverse actions of Deliberate Indifference Conduct**, as set forth elsewhere in this (FAC) First Amended Complaint. Plaintiff has seriously suffered the following injuries, some which are permanent;

I. A permanent **fear** that the Medical Department, will **continue** to make Plaintiff Baez wait for services and treatment when seriously needed in a timely manner;

II. Pain and suffering from Chronic Systemic Lupus Erythematous, which Plaintiff Baez, was deliberately denied in retaliation 17½ month of his prescribed/recommended lupus treatment;

III. Pain and suffering from ongoing S'Jogrens Syndrome, which the Defendants also refused to follow the ongoing recommendations, prescribed by the Specialist(s);

IV. Pain and suffering from his excruciating Spinal Stenosis and Osteoporosis of the Cervical Spine, which the Defendants have refuse to follow the Specialist(s)' recommendations/treatment plans;

V. Pain and suffering from the untreated Degenerative Bone Disease, which the Defendants also have not done treatment;

VI. Pain and suffering from the side effects from **Multiple Debilitating Chronic Conditions/And Symptoms**, from which the Defendants have not done treatment;

VII. As a further direct and proximate results of the Defendants' **adverse actions of an ongoing Deliberate Indifference**, as set forth elsewhere in this (FAC) First Amended Complaint. Plaintiff Baez, has suffered and continues to seriously suffer for an indefinite time into the future, because of no treatment for Plaintiff Baez's Serious Debilitating Chronic Medical Conditions, and for the 17½ months of mental anguish, mental distress, emotional trauma, emotional distress, physical abuse, psychological abuse, as **caused** by the Defendants' adverse actions/inactions, omissions, deliberate indifference, and retaliation, relating to **Multiple Debilitating Chronic Illnesses/Symptoms**, also gone untreated;

VIII. The adverse actions of the Defendants Letizio, Kaminsky, Huner & Savage, in refusing medical treatment, and <u>confiscating</u> Mr. Baez's speciality medical items, which was done **maliciously and sadistically to only <u>cause</u> harm to Plaintiff Baez.**

<u>CONSPIRACY AGAINST A RIGHT</u>

<u>§241. Conspiracy Against Rights:</u>

106. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;

107 . Plaintiff Baez asserts that, all the above adverse actions committed by the Defendants "collectively", deliberately violated this law and Mr. Baez, United States Constitutional Protected Conduct, Activities, Rights, in retaliation for exercising and engaging in his right under the First Amendment Right to Freedom of Speech, etc.

## DEPRIVATION OF A RIGHT

**§242. Deprivation of Rights Under The Color of Law:**

108. Plaintiff Baez asserts that, all of the above **adverse actions** committed by the Defendants "collectively", violated Mr. Baez's United States Constitutional Protected Conduct, Activities and Rights, and were committed under the color of state law. The law is clear; "Every person who, under the color of **any** Statute, ordinance, regulations, custom, or usage, of **any** State, Territory or the District of Columbia, subjects, or causes to be **subjected, any** citizen of the United States or other person within the jurisdiction thereof to the **deprivation** of **any** rights, privileges, or immunities Secured by the Constitution and Laws, shall be **liable** to the party injured in an action at Law,... Id. Congress conceived §1983 as a **safeguard** against deprivation of individual rights conferred by Federal Statutes and the Constitution. And in order to properly state a valid §1983 claim, a Plaintiff must demonstrate that an individual **acting under the color of state law, Violated Enumerated Constitutional or Statutory Rights.**

109 . Plaintiff Baez asserts that, all of the above adverse actions, were all committed by the Defendants, while working on the grounds of SCI Phoenix Prison, and place of Employment for the Defendants, acting under the color of law, when the repetitive acts were being committed.

## RELIEF REQUESTED

WHEREFORE: Plaintiff Baez, respectfully pray that this Honorable Court, **graciously** enter Judgment:

110 . **Granting** Plaintiff Baez, a **Declaration** that the acts and omissions, described herein Violated (Baez) rights, guarantee under the Constitution and State Laws;

111. A Preliminary and Permanent Injunction Ordering, Defendants Letizio, Kaminsky, Huner, Savage, DOC, SCI Phoenix, WellPath, Inc., Medical Providers, to treat Plaintiff Baez's Chronic Medical Conditions, and STOP the retaliation against Plaintiff Baez immediately;

112. Granting Plaintiff Baez, compensatory damages, in the amount of $250,000.00, against each Defendant jointly and/or severally;

113. Granting Plaintiff Baez, nominal damages, punitive damages, in the amount of $125,000.00 against each Defendant jointly and/or severally;

114. Plaintiff Baez, respectfully requests, that this Honorable Court, places an ORDER against the DOC, to STOP the illegal and unlawful medical co-pay fees, for the same ongoing chronic medical conditions, when Plaintiff Baez, signs up for sick call, in relations to his Chronic Systemic Lupus Erythematous, related symptoms, etc;

115. Plaintiff Baez, also seeks a jury trial on all the issues triable by jury;

116. Grant Plaintiff Baez, Court Appointed Counsel, to represent Mr. Baez, in this serious complex civil actions and claims;

117. Grant Plaintiff Baez, request to place an ORDER against the Defendants, to follow the instructions, prescriptions, recommendations, in regards to what medications to proscribe, that they (the specialists) know and believe is effective to manage and treat Plaintiff's Serious Excruciating Chronic Medical Pains;

118. Grant Plaintiff's Request for the Lupus Specialist(s)' prescription/recommendations, that Plaintiff Baez, would benefit from a double mattress, for his serious agonizing chronic spinal stenosis and osteoporosis of the cervical spine, etc.;

119. Grant Plaintiff Baez, any other relief this Honorable Court, deems appropriate, right, fair, just, and equitable, which Plaintiff should be Entitled, etc;

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

120. The Plaintiff, has exhausted his AVAILABLE Administrative Remedies with respect to all claims and all Defendants.

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Orlando Baez,
Plaintiff,

Vs.

Anthony M. Letizio, MD; Medical Director;
Stephen Kaminsky, PA; Physician Assistant;
Brittney Huner, CHCA; Correctional Health
Care Administrator;
Monica Savage, RNS; Register Nurse Supervisor; Jane & John Doe(s) et al.;
Sued In Their Individual
and Official Capacities,
In Similar Situation.
Defendants.

Case No#. 2023-1827

CIVIL ACTION

Honorable Judge:
Gerald J. Pappert (J)

JURY TRIAL DEMANDED

## CERTIFICATE OF SERVICE

I, Orlando Baez, Plaintiff/Pro se; hereby certify that I have served a true and correct copy of Plaintiff's "**FIRST AMENDED COMPLAINT**", via First Class Regular Mail, on this date, to the following individuals:

**FIRST CLASS MAIL TO
THE ADDRESS BELOW:**

1.) Clerk of Court Office
In The United States District Court
For The Eastern District Court For
Pennsylvania
James A. Byrne, U.S. Courthouse
601 Market Street, (Room-21400)
Phila, PA. 19106

2.) Alexander R. Ferrante, Esq:
(Gold & Ferrante, PC)
716 North Bethlehem Pike, (Ste-208)
Lower Gwynedd, PA. 19002

cc:
Date: Feb. 28th, 2024

Respectfully Submitted:
[signature]
Plaintiff/Pro se'
Mr. Orlando Baez, ID# CB-3721
SCI Phoenix Prison
1200 Mokychic Drive.
Collegeville, PA. 19426

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Orlando Baez,
Plaintiff,

Vs.

Anthony M. Letizio, MD; Medical Director;
Stephen Kaminsky, PA; Physician Assistant;
Brittney Huner, CHCA; Correctional Health
Care Administrator;
Monica Savage, RNS; Register Nurse Supervisor; Jane & John Doe(s) et al.;
Sued In Their Individual
and Official Capacities,
In Similar Situation.
Defendants.

Case No#. 2023-1827

CIVIL ACTION

Honorable Judge:
Gerald J. Pappert (J)

JURY TRIAL DEMANDED

VERIFICATION

I, Orlando Baez, Plaintiff/Pro se; have read the foregoing document, and hereby verify that the matters alleged therein are true, except as to those matters alleged on information, and belief, and as to those I believe to be true. I certify under the penalty of perjury, that the foregoing is true and correct pursuant to 28 U.S.C. §1746 and 18 Pa. C.S.A. §4904, Pa. R. C. P.

Date: Feb, 28, th, 2024

cc:

Respectfully Submitted:

[signature]
Plaintiff/Pro se
Mr. Orlando Baez, ID# CB/3721
SCI Phoenix Prison
1200 Mokychic Drive.
Collegeville, PA. 19426

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Orlando Baez,
Plaintiff,

Vs.

Anthony M. Letizio, MD; Medical Director;
Stephen Kaminsky, PA; Physician Assistant;
Brittney Huner, CHCA; Correctional Health
Care Administrator;
Monica Savage, RNS; Register Nurse Super-
visor; Jane & John Doe(s) et al.;
Sued In Their Individual
and Official Capacities,
In Similar Situation.
Defendants.

Case No#. 2023-1827

CIVIL ACTION

Honorable Judge:
Gerald J. Pappert (J)

JURY TRIAL DEMANDED

## CERTIFICATE OF COMPLIANCE

I, Orlando Baez, Plaintiff/Pro se'; certify that this filing complies with the Provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania, Case Records of the Appellate and Trial Courts that requires filing Confidential Information and Documents differently than non-confidential information and documents.

Date: Feb. 28th, 2024

cc:

Respectfully Submitted:

Plaintiff/Pro se'
Mr. Orlando Baez, ID# CB/3721
SCI Phoenix Prison
1200 Mokychic Drive.
Collegeville, PA. 19426

From: Mr. ORLANDO BAEZ, ID# CB-3721
SCI. Phoenix Prison
1200 Mokychic Drive.
Collegeville, PA. 19426.

quadient
FIRST-CLASS MAIL
IMI
$002.35
02/28/2024 ZIP 19426
043M31248366
US POSTAGE

RECEIVED
MAR - 1 2024

"LEGAL MAIL"
DO NOT
TAMPER
(OR)
STEAL"

To: Clerk of Court Office
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
JAMES A. BYRNE, U.S. COURTHOUSE
601 MARKET STREET, (Room-21400)
Phila, PA. 19106

"LEGAL MAIL"
DO NOT
TAMPER
(OR)
STEAL"

U.S.M.S.
X-RAY