IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Orlando Baez,<br><br>   *Plaintiff,*<br><br> v.<br><br>Anthony Letizio, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 23-1827 |

## ORDER

**AND NOW**, this 5th day of November 2024, upon consideration of the Motion to Partially Dismiss by Defendants Monica Savage and Britney Huner (ECF No. 51), and Plaintiff's Response (ECF No. 55), it is **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part**:

1. Plaintiff's claims against Defendants Huner and Savage in their official capacities are **DISMISSED with prejudice**;

2. Plaintiff's claims against Huner in her personal capacity for First Amendment retaliation and conspiracy to violate his First Amendment rights are **DISMISSED without prejudice**;

3. Plaintiff may amend his First Amendment claims against Huner on or before **December 5, 2024**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.