**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ORLANDO BAEZ,<br>*Plaintiff,*<br>v.<br>ANTHONY LETIZIO, et al.,<br>*Defendants.* | CIVIL ACTION<br>NO. 23-1827 |

# ORDER

**AND NOW**, this 20th day of January, 2026, upon consideration of Plaintiff Orlando Baez's Motion for Additional Discovery (Dkt. No. 137), the Commonwealth Defendants' Response (Dkt. No. 144) and the Medical Defendants' Response (Dkt. No. 145), it is **ORDERED** the Motion is **DENIED**.[1] It is further **ORDERED** Motions for Summary Judgment are due **on or before Friday, February 27, 2026**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.

[1] The Court denies Baez's motion for additional discovery because the Commonwealth Defendants represent (1) they have produced the documents Baez seeks and (2) are unaware of the existence of one document in particular. To the extent Baez seeks to file additional interrogatories, the Court denies his request because he fails to provide a persuasive justification as to why he needs to serve more than twenty-five interrogatories. *See* (Order, Nov. 3, 2025 at 1–2, Dkt. No. 129).