**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ORLANDO BAEZ,** | : | |
| **Plaintiff** | : | |
| | : | **No. 2:23-CV-01827** |
| **v.** | : | |
| | : | **Judge Pappert** |
| **ANTHONY LETIZIO, STEPHEN** | : | |
| **KAMINSKY, PA, BRITTNEY HUNER** | : | **Electronically Filed Document** |
| *and* **MONICA SAVAGE,** | : | |
| **Defendants** | : | |

**COMMONWEALTH DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST**

Defendants Britney Huner and Monique Savage (collectively "Commonwealth Defendants"), by counsel, hereby file this response to Plaintiff's request filed March 20, 2026 (ECF No. 162) ("Request"). In Plaintiff's Request, he alleges that Commonwealth Defendants have not provided him with responses to his discovery requests. However, on July 28, 2025, Commonwealth Defendants sent their initial disclosures to Plaintiff. *A true and correct copy of Commonwealth Defendants' Initial Disclosures, without exhibits, are attached hereto as Exhibit 1; a certificate of service, indicating that the Initial Disclosures were mailed to Plaintiff on July 28, 2025, is attached thereto.* On January 14, 2026, Commonwealth Defendants served Plaintiff with supplemental discovery. *A true and correct copy of the cover letter for the supplemental discovery is attached hereto as Exhibit 2. A chart listing all documents produced to Plaintiff – both as part of the initial disclosures and supplemental discovery – is attached hereto as Exhibit 3.* Accordingly, Commonwealth Defendants have served Plaintiff with the required discovery.

WHEREFORE, Commonwealth Defendants respectfully request that this Honorable Court deny Plaintiff's Request. To the extent that Plaintiff's Request is considered a motion to compel discovery, Commonwealth Defendants request that this Court deny it. To the extent that Plaintiff's

Request is considered a motion for continuance or extension of time to file a response to Commonwealth Defendants' motion for summary, Commonwealth Defendants further request that this Court deny it.

Respectfully submitted,

DAVID W. SUNDAY, JR.
Attorney General

By: *s/ Brooke E. Newborn*
BROOKE E. NEWBORN
Deputy Attorney General
Attorney ID 209732

NICOLE R. DITOMO
Chief Deputy Attorney General
Civil Litigation Section

*Counsel for Commonwealth Defendants Britney Huner and Monique Savage*

Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Phone: (215) 756-5230

bnewborn@attorneygeneral.gov

Date: March 24, 2026