**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ORLANDO BAEZ,

        *Plaintiff,*

   v.

ANTHONY LETIZIO, et al.,

        *Defendants.*

CIVIL ACTION
NO. 23-1827

**ORDER**

**AND NOW**, this 3rd day of June, 2026, upon consideration of Britney Huner and Monica Savage's Motion for Summary Judgment (Dkt. No. 152), Stephen Kaminsky and Anthony Letizio's Motion for Summary Judgment (Dkt. No. 157) and Orlando Baez's Responses (Dkt. Nos. 167, 168, 169, 170, 171, 172 & 173), it is **ORDERED** the Motions are **GRANTED**.

1. Judgment shall be entered in favor of Britney Huner, Monica Savage, Stephen Kaminsky and Anthony Letizio; and

2. The Clerk of the Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.